UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-1-01 |
| Plaintiff, | Hon. Hala Y. Jarbou<br>U.S. District Judge |
| v. | |
| TYLER ALLEN SMITH, | |
| Defendant. | |
| _____/ | |

## ORDER OF DETENTION

Defendant Tyler Allen Smith appeared before the undersigned on February 9, 2022 for his arraignment on an indictment charging him with conspiracy to distribute and possess with intent to distribute methamphetamine and possession with intent to distribute methamphetamine. Smith was advised of his rights, the charges and penalties.

Defendant reserved the issue of detention at this hearing and Defense counsel will notify the Court when they are prepared to schedule a detention hearing.

Defendant will remain detained pending further proceedings.

IT IS ORDERED.


Date:   February 9, 2022            /s/ Maarten Vermaat
                                    MAARTEN VERMAAT
                                    U.S. MAGISTRATE JUDGE