UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                            Case No. 2:22-cr-1-01

TYLER ALLEN SMITH,

                            Hon. Hala Y. Jarbou

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On March 23, 2022, Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R&R), recommending that Defendant's plea of guilty to Count 1 of the Indictment be accepted. The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on April 6, 2022. Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings,

    **IT IS ORDERED** that:

1. The R&R (ECF No. 157) is **APPROVED and ADOPTED** as the opinion of the Court.

2. Defendant's plea of guilty is accepted and Defendant is adjudicated guilty of the charges set forth in Count 1 of the Indictment.

3. The written plea agreement (ECF No. 142) is hereby continued under advisement pending sentencing.

2

4. Defendant shall remain detained pending sentencing, now scheduled for September 15, 2022, before District Judge Hala Y. Jarbou, at the federal courthouse in Marquette, Michigan.

Date:   April 7, 2022                                /s/ Hala Y. Jarbou
                                                             HALA Y. JARBOU
                                                             UNITED STATES DISTRICT JUDGE